# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| HUNTER ERIC AVNET, | : | |
| Petitioner, | : | |
| vs. | : | CA 06-0581-KD-C |
| BEATRICE McLEAN, | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 3, 2007 (Doc. 9) is **ADOPTED** as the opinion of this Court.

**DONE** this 9th day of August, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**